Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE TONGARM <br><br> Plaintiff(s), <br><br> v. <br><br> VIZIO, INC., et al <br><br> Defendant(s). | Case No: 3:16-cv-00822-M <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Gary F. Lynch, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Caroline Tongarm in the above-entitled action. My local co-counsel in this case is Joseph W. Cotchett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local co-counsel's address of record: |
|---|---|
| 1133 Penn Ave., Fifth Floor <br> Pittsburgh, PA 15222 | 840 Malcolm Road, Suite 200 <br> Burlingame, CA 94010 |
| My telephone # of record: <br> (412) 253-6307 | Local co-counsel's telephone # of record: <br> (650) 697-6000 |
| My email address of record: <br> glynch@carlsonlynch.com | Local co-counsel's email address of record: <br> jcotchett@cpmlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 58667.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/26/16

Gary F. Lynch
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary F. Lynch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/2016

*[signature: Haywood S. Gill Jr.]*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Gary F. Lynch, Esq.*

**DATE OF ADMISSION**

**December 4, 1989**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 7, 2015

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk